3

Justin D. Harris #199112
Harris Law Firm, PC
7110 N Fresno St., Suite 400
Fresno, California 93720
Telephone (559) 272-5700
Facsimile (559) 554-9989
E-mail: jdh@harrislawfirm.co

Attorneys for George Salwasser

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>GEORGE J. SALWASSER,<br><br>     Debtor. | Case No. 15-12705-A-11F<br><br>Chapter 11<br><br>DC No.  HLF-3<br><br>Date:  September 15, 2015<br>Time:  1:30 p.m.<br>Place: Dept. A, Courtroom 11, Fifth Floor<br>Judge: Hon. Fredrick E. Clement |

**NOTICE OF HEARING ON APPLICATION FOR PAYMENT OF INTERIM FEES AND/OR EXPENSES**

  TO ALL INTERESTED PARTIES: NOTICE IS HEREBY GIVEN that at the above date and time Applicant will seek allowance of fees and expenses for services rendered:

1. Applicant information:
    a. Name of Applicant:       HARRIS LAW FIRM, PC
    b. Amount of fees requested:    $ 10,430.00
    c. Amount of expenses requested:  $ 675.78
    d. Address of Applicant:      7110 N. Fresno St., Suite 400, Fresno,
                      California 93720



1

   e. Nature of Services: Counsel for George J. Salwasser, Debtor

2. Hearing Information

  a. Date: September 15, 2015

  b. Time: 1:30 p.m.

  c. Courtroom: Dept. A, Courtroom 11, Fifth Floor

  d. Judge: Hon. Fredrick E. Clement

3. Deadline for Opposition Papers:

  Opposition, if any, to the granting of this motion requested shall be in writing and shall be served and filed with the Court by the responding party no later than fourteen (14) days before the hearing on the motion, with any replies due no later than seven (7) days before the hearing on the motion. Opposition shall be accompanied by evidence establishing its factual allegations. Without good cause, no party shall be heard in opposition to the relief requested at oral argument if written opposition to the relief requested has not been timely filed. Failure of the responding party to timely file written opposition may be deemed a waiver of any opposition to the granting of the relief requested or may result in the imposition of sanctions.

  The opposition shall specify whether the responding party consents to the Court's resolution of disputed material factual issues pursuant to FRCP 43(e) as made applicable by FRBP 9017. If the responding party does not so consent, the opposition shall include a separate statement identifying each disputed material factual issues. The separate statement shall enumerate discretely each of the disputed material factual issues and cite the particular portions of the record demonstrating that a factual issue is both material and in dispute. Failure to file the separate statement shall be construed as consent to resolution of the relief requested and all disputed material factual issues pursuant to FRCP 43(e).

  Failure to file written opposition may be deemed a waiver of opposition to requested relief. If no opposition is timely filed the Court may decide the motion without a hearing.

| | | |
|---|---|---|
| 1 | DATED: 8-17, 2015 | HARRIS LAW FIRM, PC |
| | | |
| | | _____ |
| | | Justin D. Harris, Attorneys for |
| | | George J. Salwasser, Debtor |